14754.  KELLEY v. PAFFORD.

STEPHENS, J.  1.  The judgment overruling the certiorari, which was ren-
dered in vacation, without an order passed in term time setting the
hearing, and without compliance with the provisions of section 4853 of
the Civil Code (1910), was void.  *Lott* v. *Wood*, 135 *Ga.* 821 (70 S.
E. 661).

2.  The bill of exceptions brought by the defendant in certiorari, excepting
to the rendition of the judgment in vacation, upon the ground of its
invalidity, will not be dismissed; but since the judge of the superior
court erred in taking jurisdiction, the judgment will be reversed.  *Walker*
v. *Banks*, 65 *Ga.* 20 (1); *Pope* v. *Jones*, 79 *Ga.* 487 (2) (4 S. E. 860);
*McDonald* v. *Farmers Supply Co.*, 143 *Ga.* 552 (2) (85 S. E. 861);
*Walker* v. *Turner*, 58 *Ga.* 114; *Jinks* v. *State*, 115 *Ga.* 243 (41 S. E. 580).
                    *Judgment reversed.  Jenkins, P. J., and Bell, J., concur.*

                    DECIDED FEBRUARY 27, 1924.

Certiorari; from Berrien superior court—Judge Dickerson. Sep-
tember 4, 1922.

*Story & Story,* for plaintiff in error.